Certificate Number: 17082-PAM-DE-030743359

Bankruptcy Case Number: 18-00714



17082-PAM-DE-030743359

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 19, 2018, at 4:19 o'clock PM MST, TERRI L FABRIZIO completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   March 19, 2018            By:     /s/Orsolya K Lazar

                                  Name:   Orsolya K Lazar

                                  Title:  Executive Director