```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                           Case No. 18-00714-HWV
Michael Jason Fabrizio                                           Chapter 13
Terri Leigh Fabrizio
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-1         User: REshelman              Page 1 of 2             Date Rcvd: Apr 17, 2018
                             Form ID: ntcnfhrg            Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2018.
db/jdb         +Michael Jason Fabrizio,    Terri Leigh Fabrizio,    2650 Friends Circle,    York, PA 17408-4737
5026383        +Barclays Bank Delaware,    100 S West St,   Wilmington DE 19801-5015
5026384        +Barclays Bank Delaware,    Po Box 8803,   Wilmington DE 19899-8803
5026386       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    15000 Capital One Dr,    Richmond VA 23238)
5036431        +CBY Systems, Inc,    33 S. Duke St,   York, PA 17401-1401
5026385        +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City UT 84130-0285
5026379         Department of Revenue,    1 Revenue Place,   Harrisburg PA 17129-0001
5026387        +EdFinancial Services,    Attn: Bankruptcy Department,    298 N Seven Oaks Dr,
                 Knoxville TN 37922-2369
5026388        +EdFinancial Services,    120 N Seven Oaks Dr,   Knoxville TN 37922-2359
5036005        +Edfinancial on behalf of US Dept. of Education,    120 N. Seven Oaks Dr.,
                 Knoxville, TN 37922-2359
5036432        +Family Center for Allergy and Asthma,    2605 Joppa Rd,   York, PA 17403-5164
5026389        +Freedom Plus,    1875 S Grant St Ste 400,   San Mateo CA 94402-2676
5026390         Great West Trust Company,    Po Box 826926,   Philadelphia PA 19182-6926
5026391        +Gs Bank Usa,    Po Box 45400,   Salt Lake City UT 84145-0400
5026392        +Loan Depot,    Po Box 77404,   Ewing NJ 08628-6404
5026393        +Loan Depot,    26642 TOWNE CENTRE DRIVE,    Foothill Ranch CA 92610-2808
5026395         LoanDepot Personal Loans,    P.O. Box 660275,   Dallas, TX 75266-0275
5026396        +Monera Financial,    3313 S. Arlington Ave.,   Indianapolis IN 46203-5716
5049011         US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,   MADISON, WI 53708-8973
5026401        +Us Dept Of Ed/Great Lakes Higher Educati,    Attn: Bankruptcy,    2401 International Lane,
                 Madison WI 53704-3121
5026402        +Us Dept Of Ed/Great Lakes Higher Educati,    Po Box 7860,   Madison WI 53707-7860
5026377        +York Adams Tax Claim Bureau,    PO BOX 15627,   York PA 17405-0156

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5041192         E-mail/Text: ally@ebn.phinsolutions.com Apr 17 2018 19:09:36      Ally Bank,   PO Box 130424,
                 Roseville, MN 55113-0004
5026381        +E-mail/Text: ally@ebn.phinsolutions.com Apr 17 2018 19:09:36      Ally Financial,
                 Attn: Bankruptcy,   Po Box 380901,   Bloomington MN 55438-0901
5026380        +E-mail/Text: ally@ebn.phinsolutions.com Apr 17 2018 19:09:36      Ally Financial,
                 Po Box 380902,   Bloomington MN 55438-0902
5026382        +E-mail/Text: ally@ebn.phinsolutions.com Apr 17 2018 19:09:36      Ally Financial,
                 200 Renaissance Ctr,   Detroit MI 48243-1300
5026378         E-mail/Text: cio.bncmail@irs.gov Apr 17 2018 19:09:42      IRS Centralized Insolvency Oper.,
                 Post Office Box 7346,   Philadelphia PA 19101-7346
5026394        +E-mail/Text: bknotification@loandepot.com Apr 17 2018 19:10:34      Loandepo.co,
                 26642 Towne Centre Dr,   Foothill Ranch CA 92610-2808
5043196         E-mail/PDF: cbp@onemainfinancial.com Apr 17 2018 19:08:19      ONEMAIN,   PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
5026397        +E-mail/PDF: cbp@onemainfinancial.com Apr 17 2018 19:08:30      OneMain Financial,
                 Attn: Bankruptcy Department,   601 Nw 2nd St #300,   Evansville IN 47708-1013
5026398        +E-mail/PDF: cbp@onemainfinancial.com Apr 17 2018 19:08:42      OneMain Financial,   Po Box 1010,
                 Evansville IN 47706-1010
5026400        +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2018 19:08:44      Syncb/ccsycc,   Po Box 965036,
                 Orlando FL 32896-5036
5026399        +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2018 19:08:45      Syncb/ccsycc,   Po Box 96060,
                 Orlando FL 32896-0001
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2018                               Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Dawn Marie Cutaia    on behalf of Debtor 2 Terri Leigh Fabrizio dmcutaia@gmail.com,
           cutaialawecf@gmail.com;r46159@notify.bestcase.com
          Dawn Marie Cutaia    on behalf of Debtor 1 Michael Jason Fabrizio dmcutaia@gmail.com,
           cutaialawecf@gmail.com;r46159@notify.bestcase.com
          James Warmbrodt    on behalf of Creditor   LoanDepot.com, LLC bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                     TOTAL: 5
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Michael Jason Fabrizio
Terri Leigh Fabrizio

Debtor(s)

Chapter 13

Case No. 1:18−bk−00714−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor and Joint Debtor is scheduled for the date indicated below.

**May 23, 2018** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: May 30, 2018<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: REshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 17, 2018 |