UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL JASON FABRIZIO
TERRI LEIGH FABRIZIO

CASE NO: 1:18-bk-00714-HWV

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**
Chapter: 13

On 5/15/2018, I did cause a copy of the following documents, described below,

notice of confirmation hearing and objection and 1st amended plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/15/2018

/s/ Dawn Cutaia
Dawn Cutaia

Pugh & Cutaia PLLC
115 E. Philadelphia St.
York, PA  17401
717 304 1841
cutaialaw@gmail.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL JASON FABRIZIO
       TERRI LEIGH FABRIZIO

CASE NO: 1:18-bk-00714-HWV

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 5/15/2018, a copy of the following documents, described below,

notice of confirmation hearing and objection and 1st amended plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/15/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Dawn Cutaia
Pugh & Cutaia PLLC
115 E. Philadelphia St.
York, PA  17401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING
03141
CASE 1-18-BK-00714-HWV
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG
TUE MAY 15 10-32-37 EDT 2018

ALLY BANK
PO BOX 130424
ROSEVILLE MN 55113-0004

ALLY FINANCIAL
200 RENAISSANCE CTR
DETROIT MI 48243-1300

ALLY FINANCIAL
ATTN BANKRUPTCY
PO BOX 380901
BLOOMINGTON MN 55438-0901

ALLY FINANCIAL
PO BOX 380902
BLOOMINGTON MN 55438-0902

BARCLAYS BANK DELAWARE
100 S WEST ST
WILMINGTON DE 19801-5015

BARCLAYS BANK DELAWARE
PO BOX 8803
WILMINGTON DE 19899-8803

CBY SYSTEMS INC
33 S DUKE ST
YORK PA 17401-1401

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CAPITAL ONE
ATTN GENERAL CORRESPONDENCEBANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

DAWN MARIE CUTAIA
PUGH AND CUTAIA PLLC
115 E PHILADELPHIA STREET
YORK PA 17401-2437

CHARLES J DEHART III TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

DEPARTMENT OF REVENUE
1 REVENUE PLACE
HARRISBURG PA 17129-0001

EDFINANCIAL SERVICES
120 N SEVEN OAKS DR
KNOXVILLE TN 37922-2359

EDFINANCIAL SERVICES
ATTN BANKRUPTCY DEPARTMENT
298 N SEVEN OAKS DR
KNOXVILLE TN 37922-2369

EDFINANCIAL ON BEHALF OF US DEPT OF
EDUCATI
120 N SEVEN OAKS DR
KNOXVILLE TN 37922-2359

DEBTOR
MICHAEL JASON FABRIZIO
2650 FRIENDS CIRCLE
YORK PA 17408-4737

TERRI LEIGH FABRIZIO
2650 FRIENDS CIRCLE
YORK PA 17408-4737

FAMILY CENTER FOR ALLERGY AND ASTHMA
2605 JOPPA RD
YORK PA 17403-5164

FREEDOM PLUS
1875 S GRANT ST STE 400
SAN MATEO CA 94402-2676

GREAT WEST TRUST COMPANY
PO BOX 826926
PHILADELPHIA PA 19182-6926

GS BANK USA
PO BOX 45400
SALT LAKE CITY UT 84145-0400

IRS CENTRALIZED INSOLVENCY OPER
POST OFFICE BOX 7346
PHILADELPHIA PA 19101-7346

LEGACY VACATION CLUB
PO BOX 690999
ORLANDO  FL 32869-0999

LOAN DEPOT
26642 TOWNE CENTRE DRIVE
FOOTHILL RANCH CA 92610-2808

LOAN DEPOT
PO BOX 77404
EWING NJ 08628-6404

LOANDEPOT PERSONAL LOANS
PO BOX 660275
DALLAS TX 75266-0275

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

LOANDEPOTCOM
CO CENLAR FSB
425 PHILLIPS BLVD
EWING NJ 08618-1430

LOANDEPOCO
26642 TOWNE CENTRE DR
FOOTHILL RANCH CA 92610-2808

MIDLAND FUNDING LLC
PO BOX 2011
WARREN MI 48090-2011

MONERA FINANCIAL
3313 S ARLINGTON AVE
INDIANAPOLIS IN 46203-5716

ONEMAIN
PO BOX 3251
EVANSVILLE IN 47731-3251

ONEMAIN FINANCIAL
ATTN BANKRUPTCY DEPARTMENT
601 NW 2ND ST 300
EVANSVILLE IN 47708-1013

ONEMAIN FINANCIAL
PO BOX 1010
EVANSVILLE IN 47706-1010

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

SYNCBCCSYCC
PO BOX 96060
ORLANDO FL 32896-0001

SYNCBCCSYCC
PO BOX 965036
ORLANDO FL 32896-5036

US DEPT OF EDUCATION
CLAIMS FILING UNIT
PO BOX 8973
MADISON WI 53708-8973

UNITED STATES TRUSTEE
228 WALNUT STREET SUITE 1190
HARRISBURG PA 17101-1722

US DEPT OF EDGREAT LAKES HIGHER
EDUCATI
ATTN BANKRUPTCY
2401 INTERNATIONAL LANE
MADISON WI 53704-3121

US DEPT OF EDGREAT LAKES HIGHER
EDUCATI
PO BOX 7860
MADISON WI 53707-7860

JAMES WARMBRODT
701 MARKET STREET SUITE 5000
PHILADEPHIA PA 19106-1541

YORK ADAMS TAX CLAIM BUREAU
PO BOX 15627
YORK PA 17405-0156