# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL JASON FABRIZIO
TERRI LEIGH FABRIZIO

          Debtor(s)            CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
          Movant
vs.

MICHAEL JASON FABRIZIO            CASE NO: 1-18-00714-HWV
TERRI LEIGH FABRIZIO

          Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on September 18, 2018, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. An Amended Plan was filed on May 14, 2018.

2. A Confirmation hearing was held and an Order was entered on July 18, 2018 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable Plan.

           Respectfully submitted,

           s/ James K. Jones, Esq.
           Id: 39031
           Attorney for Trustee
           Charles J. DeHart, III
           Standing Chapter 13 Trustee
           Ste. A, 8125 Adams Drive
           Hummelstown, PA 17036
           Ph. 717-566-6097
           Fax. 717-566-8313
           eMail: jjones@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL JASON FABRIZIO
TERRI LEIGH FABRIZIO

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

CASE NO: 1-18-00714-HWV

Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| Ronald Reagan Federal Bldg<br>Bankruptcy Courtroom, 3rd Floor<br>228 Walnut Street<br>Harrisburg, PA 17101 | Date: October 24, 2018<br><br>Time: 09:35 AM |
|---|---|

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA   17036
Phone:  (717) 566-6097
Email:  dehartstaff@pamd13trustee.com

Dated:  September 18, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | MICHAEL JASON FABRIZIO<br>TERRI LEIGH FABRIZIO | CHAPTER 13 |
| | Debtor(s) | CASE NO: 1-18-00714-HWV |
| | CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant | |

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on September 18, 2018, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

DAWN MARIE CUTAIA, ESQUIRE  Served electronically
115 EAST PHILADELPHIA STREET
YORK, PA   17401-

United States Trustee
228 Walnut Street  Served electronically
Suite 1190
Harrisburg, PA   17101

MICHAEL JASON FABRIZIO
TERRI LEIGH FABRIZIO
2650 FRIENDS CIRCLE  Served by 1ST class mail
YORK, PA   17408

I certify under penalty of perjury that the foregoing is true and correct.

Date:   September 18, 2018        Vickie Williams
                                  for Charles J. DeHart, III, Trustee
                                  Suite A, 8125 Adams Dr.
                                  Hummelstown, PA   17036
                                  Phone:   (717) 566-6097
                                  eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL JASON FABRIZIO
TERRI LEIGH FABRIZIO

    Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

vs.

MICHAEL JASON FABRIZIO
TERRI LEIGH FABRIZIO

CASE NO: 1-18-00714-HWV

    Respondent(s)

**ORDER DISMSSING CASE**

    Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.