UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MICHAEL JASON FABRIZIO<br>TERRI LEIGH FABRIZIO | CASE NO: 18-00714<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 10/1/2018, I did cause a copy of the following documents, described below,

notice of confirmation heariing and deadline and second amended plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/1/2018

/s/ Dawn Cutaia
Dawn Cutaia
Pugh & Cutaia
115 E. Philadelphia St.
York, PA 17401
717 304 1841

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL JASON FABRIZIO
TERRI LEIGH FABRIZIO

CASE NO: 18-00714

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 10/1/2018, a copy of the following documents, described below,

notice of confirmation heariing and deadline and second amended plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/1/2018

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Dawn Cutaia
Pugh & Cutaia
115 E. Philadelphia St.
York, PA  17401

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

| CASE INFO | ALLY BANK | ALLY FINANCIAL |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>03141<br>CASE 1-18-BK-00714-HWV<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>HARRISBURG<br>MON OCT 1 08-35-25 EDT 2018 | PO BOX 130424<br>ROSEVILLE MN 55113-0004 | 200 RENAISSANCE CTR<br>DETROIT MI 48243-1300 |

| ALLY FINANCIAL | ALLY FINANCIAL | BARCLAYS BANK DELAWARE |
|---|---|---|
| ATTN BANKRUPTCY<br>PO BOX 380901<br>BLOOMINGTON MN 55438-0901 | PO BOX 380902<br>BLOOMINGTON MN 55438-0902 | 100 S WEST ST<br>WILMINGTON DE 19801-5015 |

| BARCLAYS BANK DELAWARE | CBY SYSTEMS INC | CAPITAL ONE |
|---|---|---|
| PO BOX 8803<br>WILMINGTON DE 19899-8803 | 33 S DUKE ST<br>YORK PA 17401-1401 | PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |

| CAPITAL ONE | DAWN MARIE CUTAIA | CHARLES J DEHART III TRUSTEE |
|---|---|---|
| ATTN GENERAL CORRESPONDENCEBANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | PUGH AND CUTAIA PLLC<br>115 E PHILADELPHIA STREET<br>YORK PA 17401-2437 | 8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |

| DEPARTMENT OF REVENUE | EDFINANCIAL SERVICES | EDFINANCIAL SERVICES |
|---|---|---|
| 1 REVENUE PLACE<br>HARRISBURG PA 17129-0001 | 120 N SEVEN OAKS DR<br>KNOXVILLE TN 37922-2359 | ATTN BANKRUPTCY DEPARTMENT<br>298 N SEVEN OAKS DR<br>KNOXVILLE TN 37922-2369 |

| EDFINANCIAL ON BEHALF OF US DEPT OF EDUCATI | DEBTOR | TERRI LEIGH FABRIZIO |
|---|---|---|
| 120 N SEVEN OAKS DR<br>KNOXVILLE TN 37922-2359 | MICHAEL JASON FABRIZIO<br>2650 FRIENDS CIRCLE<br>YORK PA 17408-4737 | 2650 FRIENDS CIRCLE<br>YORK PA 17408-4737 |

| FAMILY CENTER FOR ALLERGY AND ASTHMA | FREEDOM FINANCIAL ASSET MANAGEMENT LLC | GREAT WEST TRUST COMPANY |
|---|---|---|
| 2605 JOPPA RD<br>YORK PA 17403-5164 | ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 2340<br>PHOENIX AZ 85002-2340 | PO BOX 826926<br>PHILADELPHIA PA 19182-6926 |

| GS BANK USA | IRS CENTRALIZED INSOLVENCY OPER | LEGACY VACATION CLUB |
|---|---|---|
| PO BOX 45400<br>SALT LAKE CITY UT 84145-0400 | POST OFFICE BOX 7346<br>PHILADELPHIA PA 19101-7346 | PO BOX 690999<br>ORLANDO  FL 32869-0999 |

| LOAN DEPOT | LOAN DEPOT | LOANDEPOT PERSONAL LOANS |
|---|---|---|
| 26642 TOWNE CENTRE DRIVE<br>FOOTHILL RANCH CA 92610-2808 | PO BOX 77404<br>EWING NJ 08628-6404 | PO BOX 660275<br>DALLAS TX 75266-0275 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| LOANDEPOTCOM<br>CO CENLAR FSB<br>425 PHILLIPS BLVD<br>EWING NJ 08618-1430 | LOANDEPOCO<br>26642 TOWNE CENTRE DR<br>FOOTHILL RANCH CA 92610-2808 | MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN MI 48090-2011 |
| MONERA FINANCIAL<br>3313 S ARLINGTON AVE<br>INDIANAPOLIS IN 46203-5799 | ONEMAIN<br>PO BOX 3251<br>EVANSVILLE IN 47731-3251 | ONEMAIN FINANCIAL<br>ATTN BANKRUPTCY DEPARTMENT<br>601 NW 2ND ST 300<br>EVANSVILLE IN 47708-1013 |
| ONEMAIN FINANCIAL<br>PO BOX 1010<br>EVANSVILLE IN 47706-1010 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | SYNCBCCSYCC<br>PO BOX 96060<br>ORLANDO FL 32896-0001 |
| SYNCBCCSYCC<br>PO BOX 965036<br>ORLANDO FL 32896-5036 | US DEPT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON WI 53708-8973 | UNITED STATES TRUSTEE<br>228 WALNUT STREET SUITE 1190<br>HARRISBURG PA 17101-1722 |
| US DEPT OF EDGREAT LAKES HIGHER EDUCATI<br>ATTN BANKRUPTCY<br>2401 INTERNATIONAL LANE<br>MADISON WI 53704-3121 | US DEPT OF EDGREAT LAKES HIGHER EDUCATI<br>PO BOX 7860<br>MADISON WI 53707-7860 | JAMES WARMBRODT<br>701 MARKET STREET SUITE 5000<br>PHILADEPHIA PA 19106-1541 |
| YORK ADAMS TAX CLAIM BUREAU<br>PO BOX 15627<br>YORK PA 17405-0156 | | |