UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MICHAEL JASON FABRIZIO<br>TERRI LEIGH FABRIZIO | CASE NO: 1:18-bk-00714-HWV<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 2/7/2019, I did cause a copy of the following documents, described below,

Notice of confirmation hearing and deadline and 4th amended plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/7/2019

/s/ Dawn M. Cutaia
Dawn M. Cutaia
Pugh & Cutaia PLLC
115 E. Philadelphia St.
York, PA 17401
717 304 1841

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL JASON FABRIZIO
TERRI LEIGH FABRIZIO

CASE NO: 1:18-bk-00714-HWV

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 2/7/2019, a copy of the following documents, described below,

Notice of confirmation hearing and deadline and 4th amended plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/7/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Dawn M. Cutaia
Pugh & Cutaia PLLC
115 E. Philadelphia St.
York, PA  17401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO  LABEL MATRIX FOR LOCAL NOTICING 03141 CASE 1-18-BK-00714-HWV MIDDLE DISTRICT OF PENNSYLVANIA HARRISBURG THU FEB 7 10-05-01 EST 2019 | ALLY BANK PO BOX 130424 ROSEVILLE MN 55113-0004 | ALLY FINANCIAL 200 RENAISSANCE CTR DETROIT MI 48243-1300 |
|---|---|---|
| ALLY FINANCIAL ATTN BANKRUPTCY PO BOX 380901 BLOOMINGTON MN 55438-0901 | ALLY FINANCIAL PO BOX 380902 BLOOMINGTON MN 55438-0902 | BARCLAYS BANK DELAWARE 100 S WEST ST WILMINGTON DE 19801-5015 |
| BARCLAYS BANK DELAWARE PO BOX 8803 WILMINGTON DE 19899-8803 | CBY SYSTEMS INC 33 S DUKE ST YORK PA 17401-1401 | CAPITAL ONE PO BOX 30285 SALT LAKE CITY UT 84130-0285 |
| CAPITAL ONE ATTN GENERAL CORRESPONDENCEBANKRUPTCY PO BOX 30285 SALT LAKE CITY UT 84130-0285 | DAWN MARIE CUTAIA PUGH AND CUTAIA PLLC 115 E PHILADELPHIA STREET YORK PA 17401-2437 | CHARLES J DEHART III TRUSTEE 8125 ADAMS DRIVE SUITE A HUMMELSTOWN PA 17036-8625 |
| DEPARTMENT OF REVENUE 1 REVENUE PLACE HARRISBURG PA 17129-0001 | EDFINANCIAL SERVICES 120 N SEVEN OAKS DR KNOXVILLE TN 37922-2359 | EDFINANCIAL SERVICES ATTN BANKRUPTCY DEPARTMENT 298 N SEVEN OAKS DR KNOXVILLE TN 37922-2369 |
| EDFINANCIAL ON BEHALF OF US DEPT OF EDUCATI 120 N SEVEN OAKS DR KNOXVILLE TN 37922-2359 | DEBTOR MICHAEL JASON FABRIZIO 2650 FRIENDS CIRCLE YORK PA 17408-4737 | TERRI LEIGH FABRIZIO 2650 FRIENDS CIRCLE YORK PA 17408-4737 |
| FAMILY CENTER FOR ALLERGY AND ASTHMA 2605 JOPPA RD YORK PA 17403-5164 | FREEDOM FINANCIAL ASSET MANAGEMENT LLC ATTN BANKRUPTCY DEPARTMENT PO BOX 2340 PHOENIX AZ 85002-2340 | GREAT WEST TRUST COMPANY PO BOX 826926 PHILADELPHIA PA 19182-6926 |
| GS BANK USA PO BOX 45400 SALT LAKE CITY UT 84145-0400 | IRS CENTRALIZED INSOLVENCY OPER POST OFFICE BOX 7346 PHILADELPHIA PA 19101-7346 | LEGACY VACATION CLUB PO BOX 690999 ORLANDO FL 32869-0999 |
| LOAN DEPOT 26642 TOWNE CENTRE DRIVE FOOTHILL RANCH CA 92610-2808 | LOAN DEPOT PO BOX 77404 EWING NJ 08628-6404 | LOANDEPOT PERSONAL LOANS PO BOX 660275 DALLAS TX 75266-0275 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

LOANDEPOTCOM
CO CENLAR FSB
425 PHILLIPS BLVD
EWING NJ 08618-1430

LOANDEPOCO
26642 TOWNE CENTRE DR
FOOTHILL RANCH CA 92610-2808

MIDLAND FUNDING LLC
PO BOX 2011
WARREN MI 48090-2011

MONERA FINANCIAL
3313 S ARLINGTON AVE
INDIANAPOLIS IN 46203-5799

ONEMAIN
PO BOX 3251
EVANSVILLE IN 47731-3251

ONEMAIN FINANCIAL
ATTN BANKRUPTCY DEPARTMENT
601 NW 2ND ST 300
EVANSVILLE IN 47708-1013

ONEMAIN FINANCIAL
PO BOX 1010
EVANSVILLE IN 47706-1010

PRA RECEIVABLES MANAGEMENT LLC
POB 41067
NORFOLK VA 23541-1067

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

SYNCBCCSYCC
PO BOX 96060
ORLANDO FL 32896-0001

SYNCBCCSYCC
PO BOX 965036
ORLANDO FL 32896-5036

US DEPT OF EDUCATION
CLAIMS FILING UNIT
PO BOX 8973
MADISON WI 53708-8973

UNITED STATES TRUSTEE
228 WALNUT STREET SUITE 1190
HARRISBURG PA 17101-1722

US DEPT OF EDGREAT LAKES HIGHER
EDUCATI
ATTN BANKRUPTCY
2401 INTERNATIONAL LANE
MADISON WI 53704-3121

US DEPT OF EDGREAT LAKES HIGHER
EDUCATI
PO BOX 7860
MADISON WI 53707-7860

JAMES WARMBRODT
701 MARKET STREET SUITE 5000
PHILADEPHIA PA 19106-1541

YORK ADAMS TAX CLAIM BUREAU
PO BOX 15627
YORK PA 17405-0156