UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MICHAEL JASON FABRIZIO<br>TERRI LEIGH FABRIZIO | CASE NO: 18-00714<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 2/21/2019, I did cause a copy of the following documents, described below,

notice, motion to incur debt, installment contract, service needs

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/21/2019

/s/ Dawn M. Cutaia
Dawn M. Cutaia
Pugh & Cutaia PLLC
115 E. Philadelphia St.
York, PA 17401
717 304 1841

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL JASON FABRIZIO
TERRI LEIGH FABRIZIO

CASE NO: 18-00714

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 2/21/2019, a copy of the following documents, described below,

notice, motion to incur debt, installment contract, service needs

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/21/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Dawn M. Cutaia
Pugh & Cutaia PLLC
115 E. Philadelphia St.
York, PA 17401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CASE INFO<br>LABEL MATRIX FOR LOCAL NOTICING<br>03141<br>CASE 1-18-BK-00714-HWV<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>HARRISBURG<br>THU FEB 21 07-41-10 EST 2019 | ALLY BANK<br>PO BOX 130424<br>ROSEVILLE MN 55113-0004 | ALLY FINANCIAL<br>200 RENAISSANCE CTR<br>DETROIT MI 48243-1300 |
| ALLY FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 380901<br>BLOOMINGTON MN 55438-0901 | ALLY FINANCIAL<br>PO BOX 380902<br>BLOOMINGTON MN 55438-0902 | BARCLAYS BANK DELAWARE<br>100 S WEST ST<br>WILMINGTON DE 19801-5015 |
| BARCLAYS BANK DELAWARE<br>PO BOX 8803<br>WILMINGTON DE 19899-8803 | CBY SYSTEMS INC<br>33 S DUKE ST<br>YORK PA 17401-1401 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| CAPITAL ONE<br>ATTN GENERAL CORRESPONDENCEBANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | DAWN MARIE CUTAIA<br>PUGH AND CUTAIA PLLC<br>115 E PHILADELPHIA STREET<br>YORK PA 17401-2437 | CHARLES J DEHART III TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |
| DEPARTMENT OF REVENUE<br>1 REVENUE PLACE<br>HARRISBURG PA 17129-0001 | EDFINANCIAL SERVICES<br>120 N SEVEN OAKS DR<br>KNOXVILLE TN 37922-2359 | EDFINANCIAL SERVICES<br>ATTN BANKRUPTCY DEPARTMENT<br>298 N SEVEN OAKS DR<br>KNOXVILLE TN 37922-2369 |
| EDFINANCIAL ON BEHALF OF US DEPT OF EDUCATI<br>120 N SEVEN OAKS DR<br>KNOXVILLE TN 37922-2359 | DEBTOR<br>MICHAEL JASON FABRIZIO<br>2650 FRIENDS CIRCLE<br>YORK PA 17408-4737 | TERRI LEIGH FABRIZIO<br>2650 FRIENDS CIRCLE<br>YORK PA 17408-4737 |
| FAMILY CENTER FOR ALLERGY AND ASTHMA<br>2605 JOPPA RD<br>YORK PA 17403-5164 | FREEDOM FINANCIAL ASSET MANAGEMENT LLC<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 2340<br>PHOENIX AZ 85002-2340 | GREAT WEST TRUST COMPANY<br>PO BOX 826926<br>PHILADELPHIA PA 19182-6926 |
| GS BANK USA<br>PO BOX 45400<br>SALT LAKE CITY UT 84145-0400 | IRS CENTRALIZED INSOLVENCY OPER<br>POST OFFICE BOX 7346<br>PHILADELPHIA PA 19101-7346 | LEGACY VACATION CLUB<br>PO BOX 690999<br>ORLANDO FL 32869-0999 |
| LOAN DEPOT<br>26642 TOWNE CENTRE DRIVE<br>FOOTHILL RANCH CA 92610-2808 | LOAN DEPOT<br>PO BOX 77404<br>EWING NJ 08628-6404 | LOANDEPOT PERSONAL LOANS<br>PO BOX 660275<br>DALLAS TX 75266-0275 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
LOANDEPOTCOM                          LOANDEPOCO                            MIDLAND FUNDING LLC
CO CENLAR FSB                         26642 TOWNE CENTRE DR                 PO BOX 2011
425 PHILLIPS BLVD                     FOOTHILL RANCH CA 92610-2808          WARREN MI 48090-2011
EWING NJ 08618-1430


MONERA FINANCIAL                      ONEMAIN                               ONEMAIN FINANCIAL
3313 S ARLINGTON AVE                  PO BOX 3251                           ATTN BANKRUPTCY DEPARTMENT
INDIANAPOLIS IN 46203-5799            EVANSVILLE IN 47731-3251              601 NW 2ND ST 300
                                                                            EVANSVILLE IN 47708-1013


ONEMAIN FINANCIAL                     PRA RECEIVABLES MANAGEMENT LLC        PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 1010                           POB 41067                             PO BOX 41067
EVANSVILLE IN 47706-1010              NORFOLK VA 23541-1067                 NORFOLK VA 23541-1067


SYNCBCCSYCC                           SYNCBCCSYCC                           US DEPT OF EDUCATION
PO BOX 96060                          PO BOX 965036                         CLAIMS FILING UNIT
ORLANDO FL 32896-0001                 ORLANDO FL 32896-5036                 PO BOX 8973
                                                                            MADISON WI 53708-8973


UNITED STATES TRUSTEE                 US DEPT OF EDGREAT LAKES HIGHER       US DEPT OF EDGREAT LAKES HIGHER
228 WALNUT STREET SUITE 1190          EDUCATI                               EDUCATI
HARRISBURG PA 17101-1722              ATTN BANKRUPTCY                       PO BOX 7860
                                      2401 INTERNATIONAL LANE               MADISON WI 53707-7860
                                      MADISON WI 53704-3121


JAMES WARMBRODT                       YORK ADAMS TAX CLAIM BUREAU
701 MARKET STREET SUITE 5000          PO BOX 15627
PHILADEPHIA PA 19106-1541             YORK PA 17405-0156
```