# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

   Michael Jason Fabrizio and                   18-714
   Terri Leigh Fabrizio
       Debtors

                                               Chapter 13

   Michael Jason Fabrizio and
   Terri Leigh Fabrizio
       Movants                               Motion to Incur Debt

## **ORDER**

**AND NOW**, upon consideration of Debtor's Motion to Incur Debt to Purchase a Vehicle, said Motion is hereby granted as follows:

Debtors are given permission to purchase a vehicle at a price not to exceed $20,731.56, for a term not to exceed 69 months, with a payment not to exceed $519.71 and an interest rate not to exceed 20.99%. Debtors will pay Credit Acceptance Corporation outside of their bankruptcy plan.