UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL JASON FABRIZIO TERRI LEIGH FABRIZIO
    Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-18-00714-HWV

vs.

MICHAEL JASON FABRIZIO TERRI LEIGH FABRIZIO
    Respondent(s)

### TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on May 30, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. An Amended Plan was filed on February 6, 2019.

2. A hearing was held and an Order was entered on March 27, 2019 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

    Respectfully submitted,

    s/ James K. Jones, Esq.
    Id: 39031
    Attorney for Trustee
    Charles J. DeHart, III
    Standing Chapter 13 Trustee
    Ste. A, 8125 Adams Drive
    Hummelstown, PA 17036
    Ph. 717-566-6097
    Fax. 717-566-8313
    eMail: jjones@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MICHAEL JASON FABRIZIO<br>TERRI LEIGH FABRIZIO<br><br>Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant | CASE NO: 1-18-00714-HWV |

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

Ronald Reagan Federal Bldg  Date: July 10, 2019
Bankruptcy Courtroom, 3rd Floor
228 Walnut Street
Harrisburg, PA 17101  Time: 09:35 AM

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: dehartstaff@pamd13trustee.com

Dated: May 30, 2019

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL JASON FABRIZIO
TERRI LEIGH FABRIZIO

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

MICHAEL JASON FABRIZIO
TERRI LEIGH FABRIZIO

Respondent(s)

CHAPTER 13

CASE NO: 1-18-00714-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 30, 2019, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| DAWN MARIE CUTAIA, ESQUIRE<br>115 EAST PHILADELPHIA STREET<br>YORK, PA   17401- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA   17101 | Served electronically |
| MICHAEL JASON FABRIZIO<br>2650 FRIENDS CIRCLE<br>YORK, PA   17408 | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date:   May 30, 2019

Respectfully,
Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA   17036
Phone:   (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: MICHAEL JASON FABRIZIO
TERRI LEIGH FABRIZIO

    Debtor(s)      CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

MICHAEL JASON FABRIZIO
TERRI LEIGH FABRIZIO      CASE NO: 1-18-00714-HWV

    Respondent(s)

### ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.