```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 18-00714-HWV
Michael Jason Fabrizio                                              Chapter 13
Terri Leigh Fabrizio
       Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-1           User: AutoDocke             Page 1 of 1              Date Rcvd: Jul 07, 2020
                               Form ID: pdf010             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2020.
5057791        +LoanDepot.com,    c/o Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Debtor 2 Terri Leigh Fabrizio dmcutaia@gmail.com,
               cutaialawecf@gmail.com;3479@notices.nextchapterbk.com;r46159@notify.bestcase.com
              Dawn Marie Cutaia    on behalf of Debtor 1 Michael Jason Fabrizio dmcutaia@gmail.com,
               cutaialawecf@gmail.com;3479@notices.nextchapterbk.com;r46159@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    LoanDepot.com, LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                                         Chapter 13

Michael Jason Fabrizio
Terri Leigh Fabrizio,
Debtor (s)                                         Case No. 1:18-bk-00714

Michael Jason Fabrizio
Terri Leigh Fabrizio,
              Movant(s)

v.

Charles J. DeHart, III, Esquire, LoanDepot,
c/o Cenlar FSB.
Respondent(s)

**ORDER**

**UPON** consideration of the Motion for Approval of Sale, and it appearing that no Objection or Answer was filed to the Motion by the time set forth in an Order, good reason appearing therefore,

**IT IS FURTHER ORDERED AND DECREED** that the relief prayed for in the Motion for Approval of Sale of Certain Property located at 2650 Friends Cir, York County, York, PA 17408 is hereby granted.

Dated: July 7, 2020            By the Court,

                                            _Henry W. Van Eck_
                                           Henry W. Van Eck, Chief Bankruptcy Judge [JH]