**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 18-714 |
| **Michael Jason Fabrizio** | : | Chapter 13 |
| **Terri Leigh Fabrizio** | : | Judge Henry W. Van Eck |
| | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | : | |
| | : | |
| **Disney Vacation Club Management, LLC.** | : | Related Document # |
| **Movant,** | : | |
| vs | : | |
| | : | |
| **Michael Jason Fabrizio** | : | |
| **Terri Leigh Fabrizio** | : | |
| | : | |
| **Jack N Zaharopoulos (Trustee)** | | |
| **Respondents.** | | |

## NOTICE OF CHANGE OF ADDRESS

Manley Deas Kochalski LLC gives notice to the Court and all parties that the **notice and payment address** for **Disney Vacation Development, Inc.** ("Creditor") has changed. All notices, pleadings, and other papers required, or permitted to be served or filed, and all payments to Creditor by Trustee, Debtor, or both, should be sent to:

>Disney Vacation Club
>1851 Community Drive
>Lake Buena Vista, FL 32830

>Respectfully submitted,
>
>/s/ Adam B. Hall
>Adam B. Hall
>Manley Deas Kochalski LLC
>P.O. Box 165028
>Columbus, OH 43216-5028
>Telephone: 614-220-5611
>Fax: 614-627-8181
>Authorized Agent for Creditor
>Contact email is amps@manleydeas.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 18-714 |
| **Michael Jason Fabrizio** | : Chapter 13 |
| **Terri Leigh Fabrizio** | : Judge Henry W. Van Eck |
| | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | : |
| **Disney Vacation Club Management, LLC.** | : Related Document # |
| **Movant,** | : |
| vs | : |
| | : |
| **Michael Jason Fabrizio** | : |
| **Terri Leigh Fabrizio** | : |
| | : |
| **Jack N Zaharopoulos (Trustee)** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Change of Address was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Jack N Zaharopoulos (Trustee), Chapter 13 Trustee, info@pamd13trustee.com

Dawn Marie Cutaia, Attorney for Michael Jason Fabrizio and Terri Leigh Fabrizio, dmcutaia@gmail.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Michael Jason Fabrizio and Terri Leigh Fabrizio, 2650 Friends Circle, York, PA 17408

/s/ Adam B. Hall