B2830 (Form 2830) (4/16)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In re: **Michael Jason Fabrizio / Terri Leigh Fabrizio**, Debtor(s)

Case No. **1:18-bk-00714**

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☒ I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address: _____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☒ I have not claimed an exemption pursuant to §522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as homestead, or acquired as a burial plot, as specified in §522(p)(1), and (2) that exceeds $160,375* in value in the aggregate.

☐ I have claimed an exemption in property pursuant to §522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in §522(p)(1), and (2) that exceeds $160,375* in value in the aggregate.

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on **February 17, 2023**
Date

/s/ **Michael Jason Fabrizio**
Michael Jason Fabrizio
Debtor

*Amounts are subjected to adjustment on 4/01/19, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

B2830 (Form 2830) (4/16)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Michael Jason Fabrizio
Terri Leigh Fabrizio
Debtor(s)

Case No. 1:18-bk-00714

CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

■ I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address: _____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

■ I have not claimed an exemption pursuant to §522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as homestead, or acquired as a burial plot, as specified in §522(p)(1), and (2) that exceeds $160,375* in value in the aggregate.

☐ I have claimed an exemption in property pursuant to §522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in §522(p)(1), and (2) that exceeds $160,375* in value in the aggregate.

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on February 17, 2023
Date

/s/ Terri Leigh Fabrizio
Terri Fabrizio (Feb 17, 2023 05:51 CST)
Terri Leigh Fabrizio
Debtor

*Amounts are subjected to adjustment on 4/01/19, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

# Discharge cert

Final Audit Report 2023-02-17

| | |
|---|---|
| Created: | 2023-02-17 |
| By: | Dawn Cutaia (DMCUTAIA@GMAIL.COM) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAivT_UHHdAMWqlq19DA2fG4kqeUEI4zHc |

## "Discharge cert" History

- Document created by Dawn Cutaia (DMCUTAIA@GMAIL.COM)
  2023-02-17 - 10:16:11 AM GMT- IP address: 72.184.101.119

- Document emailed to mtfabrizio@comcast.net for signature
  2023-02-17 - 10:16:34 AM GMT

- Email viewed by mtfabrizio@comcast.net
  2023-02-17 - 11:41:47 AM GMT- IP address: 172.226.81.7

- Signer mtfabrizio@comcast.net entered name at signing as Michael J Fabrizio
  2023-02-17 - 11:43:10 AM GMT- IP address: 104.58.199.60

- Document e-signed by Michael J Fabrizio (mtfabrizio@comcast.net)
  Signature Date: 2023-02-17 - 11:43:12 AM GMT - Time Source: server- IP address: 104.58.199.60

- Document emailed to terri.fabrizio@gmail.com for signature
  2023-02-17 - 11:43:13 AM GMT

- Email viewed by terri.fabrizio@gmail.com
  2023-02-17 - 11:49:58 AM GMT- IP address: 104.28.97.15

- Signer terri.fabrizio@gmail.com entered name at signing as Terri Fabrizio
  2023-02-17 - 11:51:56 AM GMT- IP address: 104.58.199.60

- Document e-signed by Terri Fabrizio (terri.fabrizio@gmail.com)
  Signature Date: 2023-02-17 - 11:51:58 AM GMT - Time Source: server- IP address: 104.58.199.60

- Agreement completed.
  2023-02-17 - 11:51:58 AM GMT

Powered by Adobe Acrobat Sign